**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUMAN RIGHTS WATCH,<br><br>                               Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS,<br>                               Defendants. | 13 CIV. 7360 (JPO) |

**<u>NOTICE OF WITHDRAWAL OF LAW STUDENT INTERN APPEARANCE</u>**

TO: Hon. J. Paul Oetken, U.S.D.J.; Clerk of Court; and All Parties of Record:

PLEASE TAKE NOTICE that Raymond Lu is no longer a student in the Media Freedom and Information Access Clinic at Yale Law School, which represents plaintiff Human Rights Watch in this action. Mr. Lu is no longer participating in plaintiff's representation in any capacity. Accordingly, undersigned counsel respectfully withdraws the law student intern appearance that was submitted on Mr. Lu's behalf and which the Court subsequently approved on April 7, 2015. ECF No. 47. Plaintiff continues to be represented by the Media Freedom and Information Access Clinic at Yale Law School through its supervising attorneys, Jonathan M. Manes and David A. Schulz, and other law students working under their supervision.

Dated: May 21, 2015

                                                            Respectfully submitted,

                                                            /s/Jonathan M. Manes
                                                            Jonathan M. Manes
                                                            MEDIA FREEDOM AND INFORMATION ACCESS CLINIC, YALE LAW SCHOOL
                                                            P.O. Box 208215
                                                           New Haven, CT 06520-8215
                                                           Tel: (203) 432-9387
                                                           Fax: (203) 432-3034
                                                           jonathan.manes@yale.edu

                                                           *Counsel for the Plaintiff*