UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HUMAN RIGHTS WATCH,                                         :
                              Plaintiff,     :
                                                            :     13-CV-7360 (JPO)
                -v-                                :
                                                            :     ORDER
DEPARTMENT OF JUSTICE FEDERAL                               :
BUREAU OF PRISONS,                                          :
                          Defendant.     :
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

      Oral argument on the pending motions for summary judgment, currently scheduled for June 16, 2015 at 11:00 a.m., is adjourned until July 29, 2015, at 11:00 a.m., in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY, 10007.

      SO ORDERED.

Dated: June 8, 2015
       New York, New York

_____
J. PAUL OETKEN
United States District Judge